**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ishamel Mitchell v. The State of Texas

Appellate case number:   01-16-00381-CR

Trial court case number:  1461724

Trial court:              232nd District Court of Harris County, Texas

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On April 20, 2017, the trial court clerk notified the Clerk of this Court that a certified copy of the trial record had been forwarded to appellant. And, on May 26, 2017, the trial court clerk notified us that appellant had received the record.[1]

Accordingly, **appellant's response to his appointed counsel's brief is due to filed no later than 30 days from the of this order.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                        ☑ Acting individually   ☐ Acting for the Court

Date: June 13, 2017

---

[1]    In a related proceeding, No. 01-16-00382-CR, *Ishamel Mitchell v. State of Texas*, appellant has filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2.